UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY R. HENDERSON,

    Plaintiff,

v.                                        Case No. 13-14892

ENTERPRISE LEASING OF
DETROIT, LLC, et al.,

    Defendants.
                                         /

**JUDGMENT**

In accordance with the court's "Opinion and Order Dismissing Individual Parties, Dismissing Plaintiff's Claims for Sex and Disability Discrimination, and Granting Defendant's Motion for Summary Judgment" dated April 18, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant.  Dated at Detroit, Michigan, this 18th day of April 2014.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                         s/ Lisa Wagner
                                    By: Lisa Wagner, Case Manager
                                        to Judge Robert H. Cleland